IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BILLY RAY JONES, (TDCJ-CID #1925745) | § § § § |
| Petitioner, | § § |
| VS. | § CIVIL ACTION NO. H-16-3761 |
| LORIE DAVIS, | § § § |
| Respondent. | § |

## FINAL JUDGMENT

For the reasons stated in this court's Memorandum and Opinion entered this date, this civil action is DISMISSED with prejudice.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on  DEC. 19 , 2017.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

O:\RAO\VDG\2016\16-3761.d01.wpd